# IN THE UNITED STATES DISTRICT COURT
## For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 6:25-po-00039-HBK |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| JOSHUA CASTANEDA | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | 36 C.F.R. § 4.2(b) incorporating CVC § 14601.2(a) |
| **Sentence Date:** | May 16, 2025 |
| **Review Hearing Date:** | March 10, 2026 |
| **Probation Expires On:** | May 15, 2026 |

## _CONDITIONS OF UNSUPERVISED PROBATION:_

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $260.00 which Total Amount is made up of a Fine: $ 250.00 Special Assessment: $ 10.00 Processing Fee:

☐ Payment schedule of $ _____ per month by the _____ of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** compliance with the terms mandated by Kern County to regain license, including any state mandated DUI courses.

## _DEFENSE POSITION:_

☒ To date, Defendant has paid a total of $ 260.00
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount: $
☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Castaneda is working with Kern County and complying with the requirements to regain his license as ordered. To do so, he has enrolled in the required DUI course which he attends on Saturdays to maintain his employment.

## _GOVERNMENT POSITION:_

☒ The Government agrees to the above-described compliance.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☐  Defendant has complied with and completed all conditions of probation described above.

☐  Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐  The Government disagrees with the following area(s) of compliance:

Government Attorney:  Joshua Banister, AUSA

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒  that the review hearing set for 3/10/2026 at 10 am

☒  allow for a remote appearance given Mr. Castaneda's work schedule and demonstrated compliance.  The government does not oppose.

DATED:  2/25/2026

*/s/ Lisa Ndembu Lumeya*
DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒  GRANTED.  The Court orders that Defendant may appear by remote means for his Review Hearing scheduled for March 10, 2026 at 10:00 a.m.

☐  DENIED.

Dated:    February 25, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)